UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTER FOR INQUIRY, INC., d/b/a CENTER FOR INQUIRY-MICHIGAN, and JEFFREY SEAVER,

    Plaintiffs,

v.

GOLF COURSE SERVICES, L.L.C., d/b/a THE WYNDGATE, and LARRY WINGET,

    Defendants.
    _____/

Case No. 12-11903

Honorable John Corbett O'Meara

## ORDER OF PARTIAL DISMISSAL

Plaintiffs filed a three-count complaint in this court alleging the following causes of action: Count I, violations of Title II of the Civil Rights Act of 1964; Count II, violations of Michigan's Elliott-Larsen Civil Rights Act; and Count III, breach of contract.

Although Plaintiffs' claim arising under a federal statute is cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based solely on state law. This court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994). Accordingly, it is hereby **ORDERED** that Counts II and III of the complaint are **DISMISSED.**

                                  s/John Corbett O'Meara
                                  United States District Judge

Date: June 7, 2012

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 7, 2012, using the ECF system.

                                      s/William Barkholz
                                      Case Manager